**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-6370**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RANDY SMITH,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Anderson. G. Ross Anderson, Jr., District Judge.
(CR-96-327-4, CA-00-3658-8-13)

─────────────

Submitted:  May 17, 2001              Decided:  May 29, 2001

─────────────

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Randy Smith, Appellant Pro Se.  Mark C. Moore, Assistant United
States Attorney, Columbia, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Randy Smith appeals from the district court's orders: (1) dismissing without prejudice his 28 U.S.C.A. § 2255 (West Supp. 2000) motion for failure to obtain authorization pursuant to 28 U.S.C.A. § 2244 (West 1994 & Supp. 2000); and (2) denying his motion for reconsideration of that order. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Smith v. United States, Nos. CR-96-327-4; CA-00-3658-8-13 (D.S.C. Jan. 19 & Feb. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2